UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LILLIAN JOHNSON, | Case No. 22-cv-06753-PJH |
| | **ORDER OF DISMISSAL** |

    This case was opened when plaintiff, a Texas state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect her rights, it was filed as a new case. Plaintiff was informed that she had not filed a complaint and was given twenty-eight days to do so. She also was sent a notice that she had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, she was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days has passed and plaintiff has not submitted any filing or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

    **IT IS SO ORDERED.**

Dated: December 12, 2022

                                                                  /s/ Phyllis J. Hamilton
                                                                PHYLLIS J. HAMILTON
                                                                United States District Judge